IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BLYTHE MEISCH,

    Plaintiff,

v.

JO ANNE BARNHART,

    Defendant.

No. C 04-04220 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On April 11, 2005, Defendant filed a motion to dismiss, arguing that the above-captioned case is now moot. Plaintiff has not yet filed any opposition. The Court HEREBY ORDERS that Plaintiff shall file an opposition, or a statement of non-opposition, by no later than September 9, 2005. Defendant shall file a reply, if any, by no later than September 16, 2005.

**IT IS SO ORDERED.**

Dated: August 26, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE