IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BLYTHE MEISCH,

    Plaintiff,

    v.

JOANNE BARNHART,

    Defendant.

No. C 04-04220 JSW

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; GRANTING MOTION TO DISMISS WITHOUT PREJUDICE TO REOPENING MATTER**

On October 5, 2004, Plaintiff filed his Complaint in this case seeking review of denial of social security benefits. On January 24, 2005, Plaintiff filed his motion for summary judgment. On April 14, 2005, Defendant filed a motion to dismiss, asserting that Plaintiff had received a fully favorable decision in which an ALJ determined that Plaintiff was entitled to a period of disability beginning November 29, 2001, which is Plaintiff's alleged onset date in this action. Plaintiff does not dispute that he received a fully favorable decision from the ALJ, however he claims he has not yet received all the payments to which he is entitled and requests that the Court retain jurisdiction over the matter.

Having considered the parties' pleadings and the record in this case, the Court HEREBY DENIES AS MOOT Plaintiff's motion for summary judgment. The Court GRANTS Defendant's motion to dismiss, without prejudice to the Plaintiff seeking to reopen this matter in

//

//

1  the event any issues arise with respect to the matter of his entitlement or payment of his past-due
2  benefits.  The Clerk is directed to close the file.
3  **IT IS SO ORDERED.**

5  Dated: December 22, 2005

*[signature]*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE